UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT L. ROJAS,<br>　　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil No. CC-07-397 |
| MICHAEL ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION<br>　　　Defendant | §<br>§<br>§<br>§ | |

## ORDER GRANTING MOTION FOR APPROVAL OF ATTORNEY'S FEES

Pending before the Court is counsel for Plaintiff, Mark A. Di Carlo's, motion for approval of attorney's fees, pursuant to 42 U.S.C. §406(b)(1). The Untied States Magistrate Judge recommends this Court grant the motion and award Mr. Di Carlo a total amount of $3,936.84. The Commissioner filed no objection.

When no timely objection to the Magistrate Judge's Memorandum and Recommendation is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court finds no error in the Magistrate Judge's memorandum and adopts her findings and conclusions.

Mr. Di Carlo's motion for approval of attorney's fees is GRANTED (D.E. 18). Mr. Di Carlo shall be awarded a total amount of $3,936.84.

ORDERED this _19_ day of _May_, 2010.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE